# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHELLE GREEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-20-88-SLP |
| PANHANDLE EXPRESS ENERGY SERVICES, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered January 31, 2020 [Doc. No. 4]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United* States, 950 F.2d 656 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation is ADOPTED in its entirety. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is GRANTED IN PART and DENIED IN PART.

The Court docket reflects that Plaintiff has submitted an initial partial filing fee in the amount of $100.00. Plaintiff shall make the following additional payments:

$150.00 due April 1, 2020; and
$150.00 due May 1, 2020.

Plaintiff is advised that failure to make timely payments could result in this matter being dismissed without prejudice.

IT IS SO ORDERED this 3rd day of March, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE